**Order entered September 7, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01300-CR

**OBED ISAU ZAVALA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1535052-U**

## ORDER

The State's second motion to extend the time for filing a brief is **GRANTED**. The State's brief, received on September 6, 2018, is **ORDERED** filed as of the date of this order.

/s/    DAVID L. BRIDGES
PRESIDING JUSTICE